BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:14-MJ-00297-CKD |
| Plaintiff, | ) STIPULATION TO CONTINUE COURT ) TRIAL |
| v. | ) |
| ALEKSANDR ZHARAN, | ) DATE:  January 26, 2015 |
| Defendant. | ) TIME:  9:30 a.m. ) JUDGE: Hon. Carolyn K. Delaney |

        The United States Attorney through its respective counsel, Jason

Leong, Special Assistant United States Attorney, and Linda Harter,

Chief Assistant Federal Defender, attorney for the defendant,

ALEKSANDR ZHARAN, hereby stipulate to continue the court trial

scheduled for January 26, 2015 at 9:30 a.m. to February 5, 2015 at

9:30 a.m.  The parties further stipulate that the defendant shall be

arraigned on the information filed in this case on February 5, 2015,

immediately preceding trial.

///

///

///

1    Accordingly, the United States and the defendant jointly request
2    to continue the court trial scheduled for January 26, 2015 to
3    February 5, 2015 at 9:30 a.m. and further request that the defendant
4    be arraigned immediately preceding trial

5

6    DATED: December 31, 2014          BENJAMIN B. WAGNER
7                                      United States Attorney

8                                       /s/ Jason Leong
9                                      JASON M. LEONG
10                                     Special Assistant U.S. Attorney

11   DATED: December 31, 2014           /s/ Linda Harter
12                                      LINDA HARTER
13                                      Chief Assistant Federal Defender
                                        Counsel for Defendant

14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON M. LEONG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) CASE NO. 2:14-MJ-00297-CKD
                                   )
12            Plaintiff,           ) [PROPOSED] ORDER CONTINUING COURT
                                   ) TRIAL
13      v.                         )
                                   )
14 ALEKSANDR ZHARAN,               ) DATE:  January 26, 2015
                                   ) TIME:   9:30 a.m.
15            Defendant.           ) JUDGE: Hon. Carolyn K. Delaney
                                   )
16                                 )
                                   )
17 ─────────────────────────────── )

18      It is hereby ordered that the court trial scheduled for January

19 26, 2015 at 9:30 a.m. is continued to February 5, 2015 at 9:30 a.m.

20 It is further ordered that the defendant will be arraigned on the

21 information filed in this case on February 5, 2015, immediately

22 preceding trial.

23      IT IS SO ORDERED.

24

25 Dated:  January 5, 2015

26                                 CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE
27

28