HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ALEKSANDR ZHARAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-MJ-00297- CKD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL |
| v. | DATE:  March 5, 2015 |
| ALEKSANDR ZHARAN, | TIME:   9:30 AM |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed to between the United States of America through JASON LEONG, Special Assistant U.S. Attorney, and defendant ALEKSANDR ZHARAN by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the trial set for February 5, 2015 vacated and a new trial date be set for March 5, 2015 at 9:30 a.m.

The continuance is requested to allow both the defense and the government additional time to prepare for trial.

DATED: January 29, 2015                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Linda Harter*
                                            LINDA HARTER
                                            Chief Assistant Federal Defender

-1-

| | |
|---|---|
| | Attorney for Defendant<br>ALEKSANDR ZHARAN |
| DATED: January 29, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jason Leong*<br>JASON LEONG<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is ordered that the February 5, 2015 trial shall be continued until March 5, 2015, at 9:30 a.m.

Dated: February 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE